# In the Matter Of:

## ALL WEB LEADS vs ANTHONY P. D'AMICO

9:18-cv-80571-DMM/DLB

## ANTHONY D'AMICO

*October 30, 2018*



800.211.DEPO (3376)
EsquireSolutions.com

```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
              CASE NO. 9:18-cv-80571-DMM/DLB
```

ALL WEB LEADS, INC.,

    Plaintiff,

v

ANTHONY P. D'AMICO, an individual, MICHELLE DENTON, an individual, FUEL AVENUE, INC., a Florida corporation, BEST RATE HEALTHCARE, INC., a Florida corporation, GUSTAVO PENA, an individual, MANUEL SILVA, an individual, JESEL E. SILVA, an individual, MAEDIA GENIX CORP., a Florida corporation, FLOVALUE CORP., a Florida corporation and FLOWVAL CORP., a Florida corporation,

    Defendants.
_____

            CERTIFICATE OF NON-APPEARANCE

    I, Denise T. Medina, Registered Merit Reporter and Notary Public, State of Florida at Large, was duly designated to take the deposition of the witness(es):

        ANTHONY D'AMICO, individually,
          and EMPIRE SHORES, LLC

    I hereby certify that aforesaid witness(s) did not appear before me on the 30th day of October, 2018, at 10 a.m.

    Peter E. Berlowe, Esquire, Andrea L. Bos, Esquire, and Justin Carlin, Esquire, were present.

    Dated this 30th of October, 2018.

_____
    Denise T. Medina, RMR

Esquire Solutions  
Job #J2985273



800.211.DEPO (3376)  
*EsquireSolutions.com*



800.211.DEPO (3376)
*EsquireSolutions.com*